UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAYFLOWER TRANSIT, LLC,

Plaintiff,

v.

SABRINA CASTANEDA,

Defendant.

Case No. 25-cv-06941-KAW

ORDER TO SHOW CAUSE

This action was filed on August 15, 2025. (Dkt. No. 1.)  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that November 13, 2025 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.  To date, no proof of service has been filed.  The Case Management Conference (CMC), originally scheduled for November 18, 2025, was continued to February 3, 2026, because Defendant had not been served 7 days prior to the original CMC date. (Re: Dkt. No. 8.)

IT IS HEREBY ORDERED that by no later than February 12, 2026, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

The Court CONTINUES the February 3, 2026 case management conference to March 24, 2026 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 29, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge